# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

CHARLES L. STRINGER,

    Plaintiff,

v.

ROBERT WOOLSEY, *et al.*,

    Defendants.

Case No. 2:10-CV-00048-KJD-PAL

**ORDER**

    Presently before the Court is Plaintiff's Demand for Judgment (#21) filed November 1, 2010. On October 29, 2010, the Court entered its Order (#20) adopting and affirming the magistrate's order and quashed service of process and vacated the Clerk's entry of default.  Accordingly, the Court hereby **DENIES** Plaintiff's Demand for Judgment as moot.

**IT IS SO ORDERED.**

    DATED this 5th day of November 2010.

                                   _____
                                   Kent J. Dawson
                                   United States District Judge