# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES L. STRINGER,<br><br>                     Plaintiff,<br><br>vs.<br><br>ROBERT WOOLSEY, et al.,<br><br>                     Defendants. | Case No. 2:10-cv-00048-KJD-PAL<br><br>**ORDER**<br><br>(Mtn for Investigation - Dkt. #28) |

This matter is before the court on Plaintiff Charles L. Stringer's Motion for a Federal Investigation (Dkt. #28) filed January 12, 2011. Plaintiff's Motion requests that the United States Attorney's Office be appointed to conduct an investigation into Robert Woolsey, Boulder City Police Chief Thomas W. Finn, Boulder City Mayor Roger Tohler, Henderson Police Chief Jutta Chambers, Mike Printy, and Jane Doe Manager of Alamo Rental Car regarding the following criminal acts they allegedly committed against Plaintiff: mail fraud, extortion, wire fraud, evidence tampering, and attempting to stop process from being served on Defendant Robert Woolsey. The court does not have jurisdiction to order the U.S. Attorney's Office to undertake an investigation or to initiate criminal proceedings against a party.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for a Federal Investigation (Dkt. #28) is DENIED.

Dated this 24th day of January, 2011.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE