# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

CHARLES L. STRINGER,

Plaintiff,

v.

ROBERT WOOLSEY, et, al.,

Defendant.

Case No. 2:10-CV-00048-KJD-PAL

**Order**

Presently before the Court is Plaintiff's Motion for Relief from Judgment (ECF #48) and Motion for Recusal (ECF #49).

This case has been closed since 10/24/2013, following an unsuccessful appeal to the USCA, Ninth Circuit, and to the Supreme Court of the United States. The Ninth Circuit, in addition to denying a petition for rehearing, ordered that no further filings will be made in this closed appeal. The Supreme Court denied Plaintiff's Petition for Writ of Certiorari.

Plaintiff's Motion for Relief from Judgment (ECF #48), relies on Federal Rule of Civil Procedure 60(b)(3) and 60(b)(4). FRCP Rule 60(c) titled "Timing" provides that a motion under Rule 60(b) must be made within a reasonable time and for reasons (1), (2 and (3) no more than a year after the entry of the judgment or order or the date of the proceeding. Plaintiff's Motion for Relief from Judgment under (3), on the basis of fraud, is clearly barred as not within one year as is the claim under (4), the judgment is void, as not within a reasonable time.

The current Motion for Recusal (ECF #49), was previously denied January 26, 2011, see (ECF #24 and ECF #26), and remains unsupported.

**IT IS THEREFORE ORDERED** Plaintiff's Motion for Relief from Judgment (ECF #48) and Motion to Recuse (ECF #49) are **Denied.**

DATED: September 23, 2026.

HONORABLE KENT J. DAWSON
U.S. DISTRICT COURT JUDGE